```
1  2
2  L.J. LOHEIT, TRUSTEE
   NEIL ENMARK, #159185, attorney for Trustee
3  P.O. Box 1858
   Sacramento, California 95812-1858
4  (916) 856-8000
```
FILED
April 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002555087

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 10-25809-E-13L |
|---|---|---|
|  | ) | DCN: NLE- 1 |
| RANA DOMOMDON | ) | NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE |
|  | ) | DATE: APRIL 27, 2010 |
|  | ) | TIME: 10:00 A.M. |
|  | ) | JUDGE: SARGIS |
| Debtor(s) | ) | COURTROOM: 33 |

NOTICE IS HEREBY GIVEN, that LAWRENCE J. LOHEIT, Standing Chapter 13 Trustee, has filed with the Court, a Motion to Dismiss Case.

THE MOTION SHALL BE HEARD by the Court on APRIL 27, 2010 at 10:00 A.M. at the United States Courthouse located at 501 "I" Street, 6th Floor, Sacramento, California, in Courtroom 33.

IF YOU DO NOT WANT THIS CASE DISMISSED, you should appear at the hearing.

1

You should consult the Court website www.caeb.uscourts.gov for any "Pre-Hearing Disposition" of this matter.

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court. Your case may be dismissed if you fail to appear and oppose the motion.

PLAN PAYMENTS are not posted by the Trustee until four (4) business days after their receipt. You must either make your payment to the Trustee four (4) business days prior to the hearing or bring your payment to Court on the hearing date.

NO WRITTEN OPPOSITION TO THIS MOTION IS REQUIRED.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Dated: April 13, 2010

_____
Neil Enmark, Attorney for Trustee