# LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
## §341 MEETING OF CREDITORS REPORT

FILED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002581124

04/22/2010
10:00:00AM

10-25809-E-13L          100.00%

DOMOMDON, RANA          ☐ DSO CASE

TRACK  09

Attorney:
GEORGE HOLLAND JR ESQ
Jennifer Tacherra (?)

|                | Debtor 1 | Debtor 2 | Atty |
|---|---|---|---|
| Appeared Prior | ☐ | ☐ | ☐ |
| Failed to Appear | ☑ | ☐ | |
| Appeared | ☐ | ☐ | ☒ |
| Sworn | ☐ | ☐ | |
| Photo ID | ☐ | ☐ | |
| SS# ID | ☐ | ☐ | |
| Examined | ☐ | ☐ | |

LJL ___ /NLE ___ /OTHER _GW_

Creditor(s) Appeared: __None__

☐ 341 Concluded  ☐ No OTC  ☐ As Amended  ☐ Refer for: ☑ MTD  ☒ OTC  ☐ OT Exemptions
☐ No OTC ALA: _____
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA
☑ 341 Cont to: 5-20-10 @ 9:30  ☐ SSN/ID  ☐ Technical Cont: _____
341 Cont to: ☑ Sacramento, Rm 7A; ☐ Redding, Rm 200; ☐ Other _____

## ISSUES THAT NEED TO BE RESOLVED

☑ Failed to appear
☐ No or inadequate SS#/ / ID
☐ Delinquent
    ☐ plan payments
    ☐ 3rd party/other

☐ Paystubs
☐ Tax Return
☐ DSO WKS
☐ Case Dism 109g
☐ Other

☐ Exceeds 60 mos
☐ No Proof of Adeq Prot Pmts
☐ No Proof of Class 1 Pmts
☐ MTV/MTAL Problem
☐ Fails liquidation
☐ Exceeds debt limits
☑ Not Feasible/Tight Budget
☐ Not Best Effort/Good Faith
☐ Fixed Payment Issue
☑ Other  Wrong Plan

☐ No spousal waiver
☐ Homestead issue
☐ Property descr. inadeq.
☐ Over-exempt cars
☐ Over-exempt
☐ Incorrect exemptions
☐ Other

341 NOTES: Follow Through w/ MTD