FILED
April 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002589904

NOTC
HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 2010-25809
)
)
RANA DOMONDON ) **NOTICE OF CONVERSION FROM**
) **CHAPTER 13 to CHAPTER 7**
Debtor )
)
)
_____ )

### Notice of Conversion to Case Under Chapter 7

The Debtor, by and through Counsel of Record, hereby gives Notice to the Court and all parties of interest, pursuant to 11 U.S.C. § 1307(a) that she convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

DATED: April 27, 2010

Respectfully Submitted,

/s/ Henri E. Norris  /s/ George Holland Jr.
Henri Norris, ESQ; George Holland Jr., ESQ
HOLLAND LAW FIRM