2010-25809
FILED
May 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002589916

**ORDR**
HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 2010-25809
)
RANA DOMONDON ) **ORDER UPON CONVERSION OF**
) **CHAPTER 13 to CHAPTER 7 – NO PRIOR**
Debtor ) **CONVERSIONS**
)
)
_____ )

### Order Upon Conversion of Chapter 13 Case to Case Under Chapter 7 by Debtor

The Debtor, DEBTOR NAME, through her Counsel of Record, has filed a notice of conversion in accordance with 11 U.S.C. § 1307(a) converting this case to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

IT IS ORDERED THAT: the case is converted to one under Chapter 7.

Dated: May 03, 2010

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

RECEIVED
April 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002589916

2. Within 14 days of the date of this order, the Chapter 13 Debtor shall file a schedule of unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

3. The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in Chapter 13 Trustee's custody and control, as required by the Federal Rule of Bankruptcy Procedure 1019(4).

4. The debtor within 14 days of the date of this order shall file the statements and schedules required by Federal Rule of Bankruptcy Procedures 1019(1)(A) and 1007(c) if such documents have not already been filed.

5. The debtor within 14 days of the date of this order shall file all documents as shall be stated in the Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents are Not Timely Filed by new required date for Chapter 7.

BY THE COURT

DATED:

_____
,Judge
United States Bankruptcy Court