

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

6/10/10

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

avos

# ORDER TO SHOW CAUSE RE DISMISSAL OR IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

Case Number:    10-25809 - E - 7

Debtor Name(s) and Address(es):

Rana Domomdon
169 Fleming Ave
Vallejo, CA 94590

The court docket and file in the above case indicate that:

the debtor(s) failed to attend the § 341 meeting that was set for 6/8/10, as required by 11 U.S.C. § 343.

THEREFORE,

IT IS ORDERED that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

DATE & TIME:    July 8, 2010 at 10:30 a.m.
PLACE:          U.S. Bankruptcy Court
                Department E, Courtroom 33, 6th Floor
                501 I Street
                Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Practice and local requirements.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least seven (7) days prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
6/10/10

For the Court,
Richard G. Heltzel , Clerk