UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Rana Domomdon | **Case No :** | 10-25809 - E - 7 |
| | | **Date :** | 7/8/10 |
| | | **Time :** | 10:30 |

| | |
|---|---|
| **Matter :** | [45] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 7/8/2010 at 10:30 AM at Sacramento Courtroom 33, Department E. (avos) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | Diamond Reporters |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
　　　　Debtor - Rana Domomdon

HEARING CONTINUED TO: 9/2/10 at 10:30 AM

The hearing was continued for the following reason(s):

The Order to Show Cause was issued due to the failure to attend the scheduled Meeting of Creditors as required by 11 U.S.C. §343. The courts docket reflects that the Meeting of Creditors has not been concluded, but continued to July 30, 2010.

The hearing is continued to Sept 2, 2010, to allow Debtor to attend continued first meeting of creditors.