UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Rana Domomdon | Case No : | 10-25809 - E - 7 |
| | | Date : | 7/22/10 |
| | | Time : | 10:30 |
| Matter : | [47] - Order to Show Cause - Failure to File Documents as Transmitted to BNC for Service Re: Chapter 7 Means Test; Hearing to be held on 7/22/2010 at 10:30 AM at Sacramento Courtroom 33, Department E. (avos) | | |
| Judge : | Ronald H. Sargis | | |
| Courtroom Deputy : | Janet Larson | | |
| Reporter : | Diamond Reporters | | |
| Department : | E | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

ORDER TO SHOW CAUSE was :
Discharged
See Findings of fact and conclusions of law below

The court will issue a minute order.

The Order to Show Cause was issued due to the Failure to File the Means Test (Form 22A). The courts docket reflects that the document has been filed.

The courts decision is to discharge the Order to Show Cause.

The court shall issue a minute order substantially in the following form holding that:

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Order to Show Cause having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Order to Show Cause is discharged, no sanctions are issued pursuant thereto, and the case shall proceed.